

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY S. BRAGG,<br>Plaintiff, | : CIVIL ACTION No.: 3:03CV731 (CFD)<br>:<br>: |
| v. | : |
| OFFICER DENNIS PHELAN<br>OFFICER JOSEPH D'AMATO<br>OFFICER MARTIN MACARY<br>LIEUTENANT STEVEN F. PATTEN<br>THE CITY OF WATERBURY,<br>Defendants | :<br>:<br>:<br>:<br>:<br>: JANUARY 27, 2004 |

## JOINT STATUS REPORT

Pursuant to the January 21, 2004 order by Judge Droney, the parties hereby comply with said order by reporting the following:

**A.  Nature of the Case**

The plaintiff, Jeffrey S. Bragg, alleges that he was subjected to excessive and unreasonable force while in the custody of the defendants, Dennis Phelan, Joseph D'Amato, Martin Macary, Steven Patten, and the City of Waterbury. On April 24, 2002, the plaintiff was arrested for driving while under the influence and claims that during his custody was assaulted and beaten by "members of the City of Waterbury Police Department." The plaintiff is seeking damages, primarily, for emotional distress. During the course of discovery, the plaintiff confirmed that there were no lost

wages or out of pocket medical expenses associated with his alleged complaint against these defendants. The plaintiff's case does not have any relation to any other pending actions before this court. At this time there are no motions pending. The matter will be tried to a jury.

**B.    Discovery**

The discovery period in this case is set to end on June 2, 2004. To date the defendants have served interrogatories and requests for production and taken the deposition of the plaintiff. The plaintiff is scheduled to disclose an expert witness by no later than March 2, 2004. At this juncture, the parties do not anticipate the need to request a modification of the scheduling order.

**C.    Settlement**

There have been no settlement conferences in this matter. The parties believe that a settlement conference may be beneficial at this time.

**D.    Trial Preparation**

This case will be ready for trial by August 2, 2004. The defendants have not yet determined whether they will file a dispositive motion in this case. A joint trial memorandum has not been filed to date and is scheduled to be filed within 60 days of any ruling by the court on a dispositive motion leaving open any triable issue.

2

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776

Defendants:
DENNIS PHELAN, ET AL.

By: *Michelle Holmes* (signature)
Michelle Holmes
Federal Bar No.: ct20014
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Tel: (860) 233-8251
Fax: (860) 232-8736

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via facsimile, this 27th day of January, 2004, to the following counsel of record:

F. Timothy McNamara, P.C.
102 Oak Street
Hartford, CT 06106

*Michelle Holmes* (signature)
Michelle Holmes

3

**SACK, SPECTOR AND KARSTEN, LLP** • *ATTORNEYS AT LAW*
836 FARMINGTON AVE., SUITE 221 • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776