UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY S. BRAGG,<br>    Plaintiff, | :<br>:<br>: |
| v. | : Civil Action No. 3:03CV731 (CFD) |
| OFFICER DENNIS PHELAN, ET AL.<br>    Defendants. | :<br>:<br>: |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_  A recommended ruling on the following motions which are currently pending: (orefm.)

\_\_\_  A ruling on the following motions which are currently pending: (orefm.)

_X_  A settlement conference (orefmisc./cnf)

\_\_\_  A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_  Other: (orefmisc./misc) _____

SO ORDERED this _2nd_ day of February 2004 at Hartford, Connecticut.

Christopher F. Droney
United States District Judge