UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 FEB 13 A 11: 36

U.S. DISTRICT COURT
HARTFORD, CT.

JEFFREY S. BRAGG,
    Plaintiff

  - v -                                      3:03-CV-731(CFD)

OFFICER DENNIS PHELAN
et al.,
    Defendants

### ORDER

A settlement conference shall be held before the undersigned on **April 13, 2004, at 10:00 a.m.** The parties shall submit <u>ex parte</u> statements **to the Chambers of Judge Smith,** Room 258, not to exceed four pages, briefly setting forth their settlement positions, no later than April 9, 2004. **<u>Facsimiles will not be accepted</u>**.

**Counsel shall be accompanied by the appropriate persons with authority to settle.** See <u>Nick v. Morgan's Foods, Inc.</u>, 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), <u>aff'd</u>, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

Dated at Hartford, Connecticut, this 13th day of February, 2004.

                            Thomas P. Smith
                            United States Magistrate Judge