UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JEFFREY S. BRAGG     )
           )
   Plaintiff,    )  CIVIL ACTION NO.
           )  3:03 CV 0731 (CFD)
   VS.      )
           )
OFFICER DENNIS PHELAN,  )
OFFICER JOSEPH D'AMATO,  )
OFFICER MARTIN MACARY,  )
LIEUTENANT STEVEN F. PATTERN )
AND THE CITY OF WATERBURY  )
           )
   Defendants,   )  FEBRUARY 24, 2004

## MOTION FOR A PROTECTIVE ORDER

  Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the

Plaintiff Jeffrey S. Bragg hereby moves for a protective order prohibiting that

the deposition noticed in this matter by the Defendants counsel by faxsimile,

not take place at the time and date set forth.  A copy of the Notice of

Deposition is attached hereto as Exhibit A.

  In support of this motion, the Plaintiff states that upon receipt thereof

ORAL ARGUMENT IS REQUESTED

1

he notified the Defendants counsel, **Attorney Michelle Holmes** that he was

slated to begin Jury Selection in a case in the **Superior Court, Judicial**

District of Hartford on **Wednesday, February 25, 2004** and so notified the

Defendants by faxsimile on February 24, 2004, at 9:15 a.m.. See Exhibit B

attached hereto.    Attorney Holmes called the **Attorney for the Plaintiff** and

made it clear that she would not agree to a continuance of the deposition.

Defendant's counsel then sent a fax stating that if jury selection goes past

4:00, and needed time to get to her office that she would accommodate

him.  See Exhibit C attached hereto.  **The Plaintiff then** responded by

faxsimile (Exhibit D attached hereto) that if jury selection lasted until 5:00

p.m., that he would be at her office at about 6:00 p.m.  To this faxsimile,

Attorney Homes responded with a fax designated as Exhibit E.

Since the Plaintiff cannot control what order may be made by the

Superior Court as to suspension of Jury Selection to accommodate Attorney

Holmes, the Plaintiff brings this motion for a protective order to prohibit the

2

deposition at the time and place demanded by the Defendants.

THE PLAINTIFF,
JEFFREY S. BRAGG

By_____
F. Timothy McNamara, Esq.
Fed. No. ct04227
F. Timothy McNamara, P.C.
102 Oak Street
Hartford, CT  06106
Tel: 860-249-8458
Fax: 860-249-8850
Ftimothymcnamara@aol.com

CERTIFICATION

This is to certify that a copy of the foregoing was sent via faxsimile

and mailed by first class mail, postage prepaid on this 24th day of February,

2004 to:

Michelle Holmes, Esq.                Fax #860-232-8736
Elliot B. Spector, Esq.
Sack, Spector & Karsten, LLP
836 Farmington Avenue
West Hartford, CT  06119

_____
F. Timothy McNamara, Esq.
F. Timothy McNamara, P.C.

EXHIBIT  A

# SACK, SPECTOR & KARSTEN

836 Farmington Avenue
West Hartford, CT 06119
(860)233-8251- Phone
(860)232-8736 - Fax

## *FACSIMILE TRANSMISSION*

860 - 379 - 7955

DATE: 2|23|04

*Fax Number:* 249 - 8850          *Number of Pages Including Cover Sheet:* ____

TO: Timothy McNamara, Esq.

FROM: Michelle Holmes

RE: Bragg v. Phelan, Et Al.

CC: Patty Tyszka

Please contact ___Tammy___ with any problems with this transmission.

*REMARKS:*     Urgent ___ For Your Review ___     Reply ASAP ___     Please Comment ___

## PLEASE NOTE:

The information contained in this facsimile cover sheet and any attached documents are intended only for the personal and confidential use of the designated recipients named above.  This message may be an attorney-client communication, and as such is privileged and confidential.  If the reader of this message is not the intended recipient or any agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited.  If you have received this transmission in error, please notify us by telephone immediately so we may arrange to retrieve this transmission at no cost to you.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY S. BRAGG | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 3:03 CV 0731 (CFD) |
| VS. | ) | |
| | ) | |
| OFFICER DENNIS PHELAN, | ) | |
| OFFICER JOSEPH D'AMATO, | ) | |
| OFFICER MARTIN MACARY, | ) | |
| LIEUTENANT STEVEN F. PATTERN | ) | |
| AND THE CITY OF WATERBURY | ) | |
| | ) | |
| Defendants. | ) | FEBRUARY 23, 2004 |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE THAT defendants, Officer Dennis Phelan, et al., will take the deposition of, David Marselinas, in the above captioned matter, on Thursday, February 26, 2004, at 4:00 p.m., at the law offices of Sack, Spector & Karsten, 836 Farmington Avenue, Suite 221, West Hartford, Connecticut, before Patricia Tyszka, Court Reporter, or other competent authority, in accordance with Rule 30 of the Federal Rules of Civil Procedure.

The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

OFFICER DENNIS PHELAN, OFFICER JOSEPH
D'AMATO, OFFICER MARTIN MACARY,
LIEUTENANT STEVEN F. PATTERN, AND
THE CITY OF WATERBURY, DEFANDANTS


By: _____
Michelle Holmes
Federal Bar Number: ct20014
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Their Attorney


## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 23rd

day of February, 2004, to the following counsel of record:

F. Timothy McNamara, P.C.
102 Oak Street
Hartford, CT 06106

_____
Michelle Holmes

EXHIBIT  B

LAW OFFICES OF

# F. TIMOTHY McNAMARA, P.C.

102 OAK STREET

HARTFORD, CONNECTICUT 06106

F. TIMOTHY McNAMARA

(860) 249-8458

FAX (860) 249-8850

## TELECOPIER COVER LETTER

DATE: February 24, 2004          TIME: _9:15_

TO: Michelle Holmes, Esq.

FIRM: Sack, Spector & Karsten, LLP

FAX: 232-8736

RE: Jeffrey S. Bragg vs. Officer Dennis Phelan, et al

FROM: F. Timothy McNamara, Esq.

TOTAL NUMBER OF PAGES INCLUDING THIS COVER SHEET: _____1_____

COMMENTS: I AM SURPRISED OF THE DEPOSITION NOTICE.  IN ANY EVENT, I AM NOT

AVAILABLE ON THURSDAY, FEBRUARY 26TH FOR THE DEPOSITION OF DAVID MARSELINAS.  I

BEGIN JURY SELECTION TOMORROW (2/25TH) AT THE HARTFORD SUPERIOR COURT AND THE TRIAL

THEREAFTER.  MAY I SUGGEST YOU RESCHEDULE HIS DEPOSITION FOR MONDAY, MARCH 1ST AT

THE SAME TIME, 4:00 P.M.

## IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CONTACT THIS OFFICE AS SOON AS POSSIBLE: (860) 249-8458 AND ASK FOR _Teresa_

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL, AND IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE COLLECT AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS, VIA THE US POSTAL SERVICE. WE WILL REIMBURSE YOU FOR THE POSTAGE. THANK YOU.

EXHIBIT  C

# SACK, SPECTOR AND KARSTEN, LLP

### ATTORNEYS AT LAW

836 FARMINGTON AVENUE, SUITE 221
WEST HARTFORD, CONNECTICUT 06119-1544

(860) 233-8251
FAX (860) 232-8736

# *FACSIMILE TRANSMISSION*

**DATE:**      February 24, 2004

**Fax No.:**   *249-8850*

**TO:**        F. Timothy McNamara

**FROM:**      Michelle Holmes, Esq.

**RE:**        *Bragg v. Phelan, et al.*

**TOTAL PAGES:** 1

_REMARKS:_  Urgent___   For Your Review ____   Reply ASAP___   Please Comment___

Attorney McNamara, unfortunately my schedule is very busy for the month of March. I am taking an all day expert deposition on the date you suggest and will be on trial the rest of March. The deposition date is one that the witness requested, as well. Perhaps the other attorney who was present at the defendant's deposition could cover for you. I am awaiting his appearance in this file. If your jury selection in Hartford goes past 4:00, and you need some time to get to my office, I would be happy to accommodate you. Michelle Holmes

## PLEASE NOTE:

The information contained in this facsimile cover sheet and any attached documents are intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or any agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so we may arrange to retrieve this transmission at no cost to you.

EXHIBIT  D

LAW OFFICES OF

# F. TIMOTHY McNAMARA, P.C.

102 OAK STREET

HARTFORD, CONNECTICUT 06106

F. TIMOTHY McNAMARA

(860) 249-8458

FAX (860) 249-8850

## TELECOPIER COVER LETTER

DATE:    February 24, 2004                    TIME:    11:20

TO:    Michelle Holmes, Esq.

FIRM:    Sack, Spector & Karsten, LLP

FAX:    232-8736

RE:    Bragg vs. Phelan, et al - Response to your Fax

FROM:    F. Timothy McNamara, Esq.

TOTAL NUMBER OF PAGES INCLUDING THIS COVER SHEET:    1

COMMENTS:    AS YOU KNOW, THE HARTFORD SUPERIOR COURT WILL CLOSE AT 5:00 P.M. ON

THURSDAY.  IF I AM NOT THROUGH TILL THEN WITH JURY SELECTION, I WOULD THINK I CAN

BE AT YOUR OFFICE AT ABOUT 6:00 P.M.

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CONTACT THIS OFFICE AS SOON AS POSSIBLE: (860) 249-8458 AND ASK FOR    Teresa

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL, AND IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE COLLECT AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS, VIA THE US POSTAL SERVICE. WE WILL REIMBURSE YOU FOR THE POSTAGE. THANK YOU.

EXHIBIT  E

# SACK, SPECTOR AND KARSTEN, LLP

## ATTORNEYS AT LAW

836 FARMINGTON AVENUE, SUITE 221
WEST HARTFORD, CONNECTICUT 06119-1544

(860) 233-8251
FAX (860) 232-8736

# *FACSIMILE TRANSMISSION*

DATE:       February 24, 2004

Fax No.:    *249-8850*

TO:         F. Timothy McNamara

FROM:       Michelle Holmes, Esq.

RE:         *Bragg v. Phelan, et al.*

TOTAL PAGES: 1

*REMARKS:*   Urgent___   For Your Review ____   Reply ASAP___   Please Comment___

Attorney McNamara, it takes about 15 minutes to get from Hartford Superior Court to my office. Since you insist upon acting unreasonably, I will go forward at 4:00 as I will not unnecessarily inconvenience this witness or the court reporter. As I recall, you and your client were almost two hours late for plaintiff's deposition. This was very inconvenient to myself and the court reporter. I will not agree to wait such an amount of time again. Of course, if you are running a few minutes late, please do not hesitate to contact me.

## PLEASE NOTE:

The information contained in this facsimile cover sheet and any attached documents are intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or any agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so we may arrange to retrieve this transmission at no cost to you.