UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY S. BRAGG ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. |
| ) | 3:03 CV 0731 (CFD) |
| VS. ) | |
| ) | |
| OFFICER DENNIS PHELAN, ) | |
| OFFICER JOSEPH D'AMATO, ) | |
| OFFICER MARTIN MACARY, ) | |
| LIEUTENANT STEVEN F. PATTERN ) | |
| AND THE CITY OF WATERBURY ) | |
| ) | |
| Defendants, ) | FEBRUARY 24, 2004 |

MEMORANDUM OF LAW PURSUANT TO LOCAL CIVIL RULE 7

The Plaintiff Jeffrey S. Bragg, through his Attorney points out that the motion involved herein does not deal with issues of law. With what it deals is the ability of the Plaintiff's Attorney to meet the dictates of the Attorney for the Defendants.

The issue presented herein is one that is routinely dealt with between counsel. However, the papers filed with the underlying motion clearly indicate that the deponent of a third party conflicts with the need of this attorney to represent his client.

1

Since the Defendants lawyer's fax speak for themselves, it is clear that she intends to proceed whether the Plaintiff's lawyer is present or not because of her duty to her client.

THE PLAINTIFF,
JEFFREY S. BRAGG

By _____
F. Timothy McNamara, Esq.
Fed. No. ct04227
F. Timothy McNamara, P.C.
102 Oak Street
Hartford, CT 06106
Tel: 860-249-8458
Fax: 860-249-8850
Ftimothymcnamara@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via faxsimile and mailed by first class mail, postage prepaid on this 24th day of February, 2004 to:

Michelle Holmes, Esq.          Fax #860-232-8736
Elliot B. Spector, Esq.
Sack, Spector & Karsten, LLP
836 Farmington Avenue
West Hartford, CT  06119

                                          F. Timothy McNamara, Esq.
                                          F. Timothy McNamara, P.C.