UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY S. BRAGG           ) | |
| ) | |
| Plaintiff,           ) | CIVIL ACTION NO. |
| ) | 3:03 CV 0731 (CFD) |
| VS.           ) | |
| ) | |
| OFFICER DENNIS PHELAN,           ) | |
| OFFICER JOSEPH D'AMATO,           ) | |
| OFFICER MARTIN MACARY,           ) | |
| LIEUTENANT STEVEN F. PATTERN  ) | |
| AND THE CITY OF WATERBURY   ) | |
| ) | |
| Defendants,           ) | FEBRUARY 24, 2004 |

### CERTIFICATE OF GOOD FAITH

The undersigned attorney certifies that he attempted to deal with this discovery dispute with the movant attorney. As the exchanges of faxes between the attorneys establishes, the attorneys were unable to reach an

1

agreement.

                THE PLAINTIFF,
                JEFFREY S. BRAGG


By _____
    F. Timothy McNamara, Esq.
    Fed. No. ct04227
    F. Timothy McNamara, P.C.
    102 Oak Street
    Hartford, CT 06106
    Tel: 860-249-8458
    Fax: 860-249-8850
    Ftimothymcnamara@aol.com


### CERTIFICATION

This is to certify that a copy of the foregoing was sent via faxsimile and mailed by first class mail, postage prepaid on this 24th day of February, 2004 to:

| | |
|---|---|
| Michelle Holmes, Esq.<br>Elliot B. Spector, Esq.<br>Sack, Spector & Karsten, LLP<br>836 Farmington Avenue<br>West Hartford, CT 06119 | Fax #860-232-8736 |

_____
F. Timothy McNamara, Esq.
F. Timothy McNamara, P.C.