UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY S. BRAGG | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 3:03 CV 0731 (CFD) |
| VS. | ) |
| | ) |
| OFFICER DENNIS PHELAN, | ) |
| OFFICER JOSEPH D'AMATO, | ) |
| OFFICER MARTIN MACARY, | ) |
| LIEUTENANT STEVEN F. PATTERN | ) |
| AND THE CITY OF WATERBURY | ) |
| | ) |
| Defendants, | ) FEBRUARY 24, 2004 |

MOTION INSTANTER

FOR EXPEDITED CONSIDERATION OF PLAINTIFF'S

MOTION FOR A PROTECTIVE ORDER

The Plaintiff, Jeffrey S. Bragg respectfully moves the Court to consider on an expedited basis the accompanying Motion for A Protective Order, dated February 24, 2004, and in support of this Motion Instanter the

1

Plaintiff states as follows:

1. Expedited consideration of the accompanying motion is necessary because the Defendants Attorney has written that she intends to proceed with the noticed deposition at the time specified (Exhibit E).

2. Since the timing of Jury Selection is controlled by the court, the Attorney for the Plaintiff has no assurance that he may be able to meet the schedule mandated by the Defendants Attorney.

WHEREFORE, for the foregoing reason a well as those in the principal motion and supporting memorandum, the Plaintiff Jeffrey S. Bragg respectfully requests that the Court grant this Motion Instanter, and consider

an expedited basis the Plaintiff's Motion for A Protective Order, dated February 24, 2004.

                            Respectfully Submitted

                            THE PLAINTIFF,
                            JEFFREY S. BRAGG


By _____
    F. Timothy McNamara, Esq.
    Fed. No. ct04227
    F. Timothy McNamara, P.C.
    102 Oak Street
    Hartford, CT  06106
    Tel: 860-249-8458
    Fax: 860-249-8850
    Ftimothymcnamara@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via faxsimile and mailed by first class mail, postage prepaid on this 24th day of February, 2004 to:

Michelle Holmes, Esq.　　　　　　　Fax #860-232-8736
Elliot B. Spector, Esq.
Sack, Spector & Karsten, LLP
836 Farmington Avenue
West Hartford, CT 06119

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　F. Timothy McNamara, Esq.
　　　　　　　　　　　　　　　　F. Timothy McNamara, P.C.

4