# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**APPEARANCE**

*Bragg v. Phelan*

CASE NUMBER: 3:03 CV 0731 (CFD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

The Plaintiff Jeffrey Bragg, in addition to the Appearance of F. Timothy McNamara, already on file

*FILED 2004 MAR -3 P 2:44 U.S. DISTRICT COURT HARTFORD*

---

March 1, 2004
**Date**

CT 07189
**Connecticut Federal Bar Number**

203-575-1153
**Telephone Number**

~~203-575-0120~~
**Fax Number**

tmcdonwtby@att.net
**E-mail address**

_____
**Signature**

Thomas K. McDonough
**Print Clearly or Type Name**

144 Buckingham Street
**Address**

Waterbury, CT. 06710

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Michelle Holmes, Esq.
Sack, Spector and Karsten LLP
836 Farmington Avenue
West Hartford, CT. 06119-1544

_____
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001