LAW OFFICES OF
# F. TIMOTHY McNAMARA, P.C.
102 OAK STREET
HARTFORD, CONNECTICUT 06106

F. TIMOTHY McNAMARA

(860) 249-8458
FAX (860) 249-8850
ftimothymcnamara@aol.com

February 25, 2004

The Honorable Christopher F. Droney
United States District Court
450 Main Street
Hartford, CT  06103

Re: <u>Jeffrey S. Bragg vs. Officer Dennis Phelan, et al</u>
    Civil Action No. 3:03 CV 0731 (CFD)

Dear Judge Droney:

In accordance with the instructions of your secretary, this is to inform you that my Motion For A Protective Order no longer needs to be addressed since the matter has been resolved by counsel.

Very truly yours,

F. Timothy McNamara

FTM/tia
cc: Michelle Holmes, Esq.
    Sack, Spector & Karsten, LLP
    (Via Fax #860-232-8736)

---

The clerk is ordered to docket this letter and include it in the Court's file. In light of the representations in the letter, the Motion for a Protective Order [Doc. # 19] and the Motion Instanter for Expedited Consideration of Plaintiff's Motion for a Protective Order [Doc. # 22] are DENIED, as moot. So ordered.

Christopher F. Droney
United States District Judge
4/22/04

FILED
2004 APR 22  P 12:41
U.S. DISTRICT COURT
HARTFORD, CT.