UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR 23 A 11: 55

U.S. DISTRICT COURT
HARTFORD, CT.

JEFFREY S. BRAGG,
    Plaintiff,

v.      CASE NO. 3:03 CV 731 (CFD)

OFFICER DENNIS PHELAN,
OFFICER JOSEPH D'AMATO,
OFFICER MARTIN MACARY,
LIEUTENANT STEVEN F. PATTEN,
and THE CITY OF WATERBURY,
    Defendants.

## ORDER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable Stefan R. Underhill, United States Judge, who sits in Bridgeport, Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in Bridgeport, Connecticut and bear the docket number 3:03 CV 731(SRU). Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 7(a).

It is **SO ORDERED**.

Dated at Hartford, Connecticut, this 23rd day of April, 2004.

Christopher F. Droney
United States District Judge