UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JEFFREY S. BRAGG,
         -Plaintiff

-v-                                         CIVIL NO. 3:03 CV 731 (SRU)

OFFICER DENNIS PHELAN, ET AL.,
         -Defendants

### SETTLEMENT CONFERENCE MEMORANDUM

A settlement conference was held in this case today. The case has not settled. The case should be set down for trial in the normal course of the court's business.

Dated at Hartford, Connecticut, this 19th day of May, 2004.

                                                  Thomas P. Smith
                                                 United States Magistrate Judge