```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

JEFFREY S. BRAGG,                      : CIVIL NO.: 3:03 CV 731(SRU)
         PLAINTIFF,

vs.                                    :
OFFICER DENNIS PHELAN
OFFICER JOSEPH D'AMATO
OFFICER MARTIN MACARY
LIEUTENANT STEVEN F. PATTEN
THE CITY OF WATERBURY,
         DEFENDANTS                    : MAY 20, 2004
```

**MOTION FOR MODIFICATION TO SCHEDULING ORDER**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the undersigned moves for an extension of time of sixty (60) days from the current deadline of June 2, 2004, within which to complete discovery in this case, up to and including **August 2, 2004.**

The undersigned submits that good cause exists for this request based on the following.

1)   On February 27, 2004, counsel for the plaintiff, Attorney McNamara, disclosed several medical witnesses who he expects to testify at the time of trial.

2)   On April 23, 2004, this matter was transferred to the Honorable Stefan R. Underhill.

3)   Counsel for the defendants, Attorney Michelle Holmes, recently suffered the loss of her mother and has been attending to those matters and has just returned to her law practice.  Attorney Holmes intends to take the depositions of the medical witnesses that have been disclosed by plaintiff.

4)   On May 19, 2004, the parties attended a settlement conference before the Honorable Thomas P. Smith, U.S. Magistrate Judge.  During that conference, the parties engaged in very productive settlement discussions, and will continue settlement efforts in the upcoming weeks.

This is the first such request to enlarge the scheduling order requested by the defendants.

Pursuant to Rule 9(b)(2), the undersigned is filing this motion on behalf of all parties, and therefore Attorney Timothy McNamara is in agreement with this motion.

DEFENDANTS, OFFICER DENNIS PHELAN,
OFFICER JOSEPH D'AMATO, OFFICER MARTIN
MACARY, LIEUTENANT STEVEN F. PATTEN,
THE CITY OF WATERBURY


BY_____
    Michelle Holmes
    Federal Bar Number: ct20014
    Sack, Spector & Karsten
    836 Farmington Avenue
    West Hartford, CT 06119
    (860) 233-8251
    Their Attorney
    Email: mholmes@sackspec.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 20th day of May, 2004, to the following counsel of record:

F. Timothy McNamara, Esquire
102 Oak Street
Hartford, CT  06106

Thomas K. McDonough, Esquire
144 Buckingham Street
Waterbury, CT  06710

                                    _____
                                    Michelle Holmes

Case 3:03-cv-00731-SRU    Document 30    Filed 05/24/2004    Page 4 of 4