**RECEIVED**

SEP 27 2004

LAW OFFICES OF

# F. TIMOTHY McNAMARA, P.C.

102 OAK STREET

HARTFORD, CONNECTICUT 06106

F. TIMOTHY McNAMARA

(860) 249-8458
FAX (860) 249-8850
ftimothymcnamara@aol.com

September 24, 2004

Clerk's Office
United States District Court
915 Lafayette Blvd.
Bridgeport, CT  06604

Re:  Jeffrey S. Bragg vs. Officer Dennis Phelan, et al
     Case No. 3:03CV0731 (SRU)

Dear Madam or Sir:

Please be advised that the above-referenced matter settled and the Defendant will be filling a Stipulation to Dismiss upon completion of the closing papers.

I am requesting that the Five Hundred Dollar ($500.00) bond filed with the federal court be returned. I have enclosed a copy of the "receipt for payment" received from the court. Will you please forward a check made payable to the Plaintiff, Jeffrey S. Bragg in the amount of Five Hundred Dollars ($500.00). Thank you.

Very truly yours,

F. Timothy McNamara

FTM/tia
Enclosure
cc:  Michelle Holmes, Esq.
     Thomas K. McDonough, Esq.